UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

ANGEL NAZARIO, :
         Plaintiff, :
:
v. : No.   5:22-cv-1598
:
NATIONWIDE PROPERTY AND CASUALTY :
INSURANCE COMPANY, :
         Defendant. :

## O R D E R

**AND NOW**, this 25th day of July, 2022, upon consideration of Defendant's Partial Motion to Dismiss, ECF No. 11, Plaintiff's response thereto, ECF No. 13, and for the reasons set forth in the Court's Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

Defendant's motion, ECF No. 11, is **DENIED.**

                                        BY THE COURT:

                                        */s/ Joseph F. Leeson, Jr.*
                                        JOSEPH F. LEESON, JR.
                                        United States District Judge